# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MUBAREK ALNAJAR<br><br>        Defendant. | CR NO: 1:18-CR-00135-DAD-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Mubarek Alnajar
Detained at: Lerdo Justice Facility
Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint charging detainee with: _____
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Grant B. Rabenn |
| Printed Name & Phone No: | Grant B. Rabenn/559-497-4024 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 8/13/18

E. P. [signature]
Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | S02212746 | DOB: | 1/25/1990 |
| Facility Address: | 17801 Industrial Farm Rd, Bakersfield, CA | Race: | |
| Facility Phone: | 661-391-3100 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____

(signature)