**MAI SHAWWA**, SBN236683
1226 L Street
Bakersfield, CA 93301
Tel: (661)432-7577
Fax: (661)742-1898
Email: mai@shawwalaw.com

Attorney for:
Mubarek Alnajar

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Mubarek Alnajar, <br><br> Defendant | Case No.: 18-cr-00135-DAD-BAM <br><br> **DEFENDANT'S REQUEST AND WAIVER OF APPEARANCE; ORDER** |

Defendant, Mubarek Alnajar, hereby waives his appearance in person in open court upon the Status Conference set for Monday, August 12, 2019 in Courtroom 8 of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interest will be deemed represented at said hearing by the presence of his attorney, MAI SHAWWA. Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: August 5, 2019 */s/Mubarek Alnajar*
Mubarek Alnajar

Date: August 5, 2019 */s/Mai Shawwa*
MAI SHAWWA,
Attorney for Defendant

# ORDER

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant Mubarek Alnajar is hereby excused from appearing at this court hearing scheduled for August 12, 2019.

IT IS SO ORDERED.

Dated: __**August 5, 2019**__          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE