TORRES | TORRES STALLINGS AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BANDAR SALEH ALNAGGAR

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-00135 DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| BANDAR SALEH ALNAGGAR, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND GRANT RABENN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, BANDAR ALNAGGAR, by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for November 12, 2019, to be continued to January 27, 2020.

AUSA Grant Rabenn has emailed plea agreements to all counsel. All counsel may require additional timed to review said plea agreements with our respective clients as well as communicate any counter offers with AUSA Rabenn. I have spoken to AUSA Grant Rabenn and co-counsel, and they have no objection to continuing the status conference hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

**IT IS SO STIPULATED.**

DATED: November 6, 2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
BANDAR SALEH ALNAGGAR

DATED: November 6, 2019

*/s/ Mai S. Shawwa*
MAI S. SHAWWA
Attorney for Defendant
MUBAREK ALNAJAR

DATED: November 6, 2019

*/s/ Hadi Ty Kharazi*
HADI TY KHARAZI
Attorney for Defendant
YOUSEF NAZEM ALNAJAR

DATED: November 6, 2019

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
NAZEM AHMED ALNAJAR

DATED: November 6, 2019

*/s/Grant Rabenn*
GRANT RABENN
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the 2nd Status Conference is continued from November 12, 2019 to **January 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).
IT IS SO ORDERED.

Dated: **November 6, 2019**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE