MAI SHAWWA
Attorney at Law, SBN 236683
1226 L Street
Bakersfield, CA 93301
Telephone: (661) 432-7577
Facsimile: (661) 742-1898

Attorney for the Defendant
Mubarek Alnajar

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00135 DAD-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; FINDINGS AND ORDER |
| v. | |
| MUBAREK ALNAJAR, | DATE: March 23, 2020 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

COMES NOW, Defendant, MUBAREK ALNAJAR, by and through his attorney of record, Mai Shawwa and The United States of America, by and through his counsel of record GRANT RABBEN, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 2, 2020.

2. By this stipulation, defendants now move to continue the sentencing hearing to **March 23, 2020 at 10:00 a.m.** before the Honorable Dale A. Drozd. The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Mr. Alnajar's attorney needs additional time to gather information necessary to prepare the sentencing memorandum. Once counsel receives this information, she will require time

1

to review and submit the memorandum to the Court.

      b.      The government does not object to, and agrees with, the requested continuance.

IT IS SO STIPULATED.

DATED: February 13, 2020

/s/ Mai Shawwa
MAI SHAWWA
Counsel for Defendant
MUBAREK ALNAJAR

DATED: February 13, 2020

/s/ Grant Rabben
GRANT RABBEN
Assistant United States Attorney

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for March 2, 2020, before the Honorable Dale A. Drozd, be continued to March 23, 2020 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 18, 2020**

UNITED STATES DISTRICT JUDGE