McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00135-DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING NEW SENTENCING DATE; ORDER |
| v. | DATE: March 23, 2020 |
| MUBAREK ALNAJAR, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the sentencing for the above-captioned defendant was set for March 23, 2020.

2. By this stipulation, the parties now move to continue the sentencing date until June 1, 2020.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant desires additional time for the defendant to potentially provide additional cooperation to the government and to prepare for sentencing.

    b) The government does not object to the continuance.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated:  March 16, 2020 | McGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ GRANT B. RABENN<br>GRANT B. RABENN<br>Assistant United States Attorney |
| Dated:  March 16, 2020 | /s/ MAI SHAWWA<br>MAI SHAWWA<br>Counsel for Defendant<br>MUBAREK ALNAJAR |

## **ORDER**

The Court hereby grants the parties' request to continue the sentencing hearing and set the matter for sentencing on June 1, 2020 at 10:00 a.m in Courtroom No. 5.  The presentence schedule shall be adjusted accordingly based on the new hearing date.

IT IS SO ORDERED.

Dated:  **March 17, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE